**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Amber Bullington,

Plaintiff,

Case No. 01-1970DWF/AJB

vs.

William M. Mercer, Incorporated

Defendant.

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER**

---

**WHEREAS**, this is a recently commenced action in which plaintiff's Complaint was filed on October 29, 2001, and was served on defendant's registered agent on November 20, 2001;

**WHEREAS**, the parties have agreed to a 30-day extension of time for defendant to move, answer, or otherwise plead in response to plaintiff's Complaint;

**NOW, THEREFORE**, it is hereby stipulated and agreed by the parties, through their respective undersigned counsel, that defendant William M. Mercer, Incorporated may have until January 9, 2002, to move, answer, or otherwise plead in response to plaintiff's Complaint.

Date: 12/10/01

Jill Clark (#196988)

JILL CLARK, P.A.
2005 Aquila Avenue North
Golden Valley, MN 55427
Ph: (763) 417-9102
Fax: (762) 417-9112

ATTORNEY FOR PLAINTIFF
AMBER BULLINGTON

FILED DEC 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2158626v1

Dated: 12/11/01

Thomas J. Conley (#201625)
Janie S. Mayeron (#0069152)

LEONARD, STREET AND DEINARD
PROFESSIONAL ASSOCIATION
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1634

Brian J. Montgomery
WINSTON & STRAWN
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-6700
Fax: (312) 558-5700

ATTORNEYS FOR DEFENDANT
WILLIAM M. MERCER, INCORPORATED

**ORDER**

The above Stipulation is hereby approved, and defendant shall have until January 9, 2002, to move, answer or otherwise plead in response to the Complaint in this action.

BY THE COURT

Dated 12/10/01

Hon. Arthur J. Boylan
United States Magistrate Judge