138960

RECEIVED
BY MAIL
JAN 11 2002
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 700 Federal Building,**
**316 North Robert Street, St. Paul, MN 55101**
**Phone: 651-848-1100**

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1970 DWF/AJB **Case Title:** Amber Bullington v William Mercer

**Affidavit of Movant**

I, Thomas J. Conley, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Brian M. Montgomery, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant William M. Mercer, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 201625 MN Attorney License # | 1/10/02 Date

**Affidavit of Proposed Admittee**

I, Brian M. Montgomery, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Brian M. Montgomery Type/Print Name | [signature] Signature | 1/8/02 Date

Attorney License Number: 6201651

Law Firm Name & Address: Winston & Strawn
35 W. Wacker Drive
Chicago, IL 60601

Telephone: (312) 558-5600

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

JAN 14 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______