**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

AMBER BULLINGTON,

Plaintiff,

v.

WILLIAM A. MERCER, INCORPORATED,

Defendant.

Civil No. 01-1970 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Jill Clark, Esq., Clark Law Office, 2005 Aguila Avenue North, Golden Valley, MN 55427, counsel for Plaintiff.

Janie Mayeron, Esq., and Thomas Conley, Esq., Leonard Street and Deinard, 150 5th Street South, Suite 2300, Minneapolis, MN 55402; Brian Montgomery, Esq., and Jacqueline Goldberg, Esq., Winston & Strawn, 35 Wacker Drive West, Suite 4200, Chicago, IL 60601, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 9, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed APR 0 9 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______